**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                         CHAPTER 13 NO.:

**MICHELLE BERTRICE BRISTER**                                                   25-00457 – JAW

**TRUSTEE'S MOTION TO SUBSTITUTE
CORRECTED PLAN TO CONFIRMATION ORDER**

COMES NOW Trustee, Harold J. Barkley, Jr, and files his Motion to Substitute Corrected Plan to Confirmation Order (DK # 16); and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtor's confirmed plan shows Chase Auto Finance's claim to be paid in the amount of $20,616.81. However, the correct amount of said Creditor's claim is $20,316.81.

2. Therefore, the Trustee requests that the corrected plan, attached hereto as Exhibit "A", be substituted to the Confirmation Order showing the claim of Creditor Chase Auto Finance's claim to be paid $20,316.81.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: May 1, 2025

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Michelle Bertrice Brister
1116 Cherry Stone Circle
Clinton, MS 39056

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
PO Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
PO Box 901032
Fort Worth, TX 76101-2032

Dated:  May 1, 2025

                                             /s/ Harold J. Barkley, Jr.
                                             HAROLD J. BARKLEY, JR.