**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                                                   **CHAPTER 13 NO.:**

**MICHELLE BERTRICE BRISTER**                                                          **25-00457 – JAW**

O R D E R

       THIS CAUSE came before the Court on the Trustee's Motion to Substitute Corrected Plan (DK #        ); and the Court does hereby Order as follows:

       THAT, no response has been timely filed herein.

       THAT, the Trustee's Motion to Substitute Corrected Plan to Confirmation Order is hereby granted.

       THAT, the Trustee is directed to submit a Corrected Confirmation Order with the Correct Plan.

**##END OF ORDER##**

SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM