**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                          CHAPTER 13 NO.:

**MICHELLE BERTRICE BRISTER**                                    **25-00457 – JAW**

**NOTICE**

      **YOU ARE HEREBY NOTIFIED** that the Trustee has filed a Motion to Substitute Plan to Confirmation Order (DK # 18) in the above Chapter 13 case.

      **YOU ARE FURTHER NOTIFIED** that all Objections must be made in writing to the Clerk of this Court.  Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF.  Others should file any response at U. S. Bankruptcy Court, U. S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, with a copy mailed to the Trustee at the address below.

      **YOU ARE FURTHER NOTIFIED** that all Objections must be made within twenty-one (21) days of this date.

      **YOU ARE FURTHER NOTIFIED** that should no Objection be timely filed, the Court will be requested to enter an Order ex parte.

Dated: May 1, 2025

      Respectfully submitted,

      /s/ Harold J. Barkley, Jr.
      HAROLD J. BARKLEY, JR. – MSB #2008
      CHAPTER 13 TRUSTEE
      POST OFFICE BOX 4476
      JACKSON, MS 39296-4476
      TELEPHONE: 601/362-6161 FAX: 601/362-8826
      E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

   I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Michelle Bertrice Brister
1116 Cherry Stone Circle
Clinton, MS 39056

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
PO Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
PO Box 901032
Fort Worth, TX 76101-2032


Dated: May 1, 2025

                /s/ Harold J. Barkley, Jr.
                HAROLD J. BARKLEY, JR.