___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                               **CHAPTER 13 NO.:**

**MICHELLE BERTRICE BRISTER**                       **25-00457 – JAW**

## O R D E R

THIS CAUSE came before the Court on the Trustee's Motion to Substitute Corrected Plan (DK # 17 ); and the Court does hereby Order as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Substitute Corrected Plan to Confirmation Order is hereby granted.

THAT, the Trustee is directed to submit a Corrected Confirmation Order with the Correct Plan.

##END OF ORDER##

SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM