United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00457-JAW
Michelle Bertrice Brister Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: May 30, 2025      Form ID: pdf012      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Bertrice Brister, 1116 Cherry Stone Cir, Clinton, MS 39056-2028 |
| 5476669 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 5476671 | | Capital Ortho, P.O. Box 30594, Charlotte, NC 28230-0594 |
| 5506765 | + | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5476675 | + | Imagine Behavioral Hea, 1920 Dunbarton Dr, Jackson, MS 39216-5001 |
| 5476676 | + | LeBlanc Orthodontics, 1500 W 12th St, Laurel, MS 39440-2654 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5476666 | + | Email/Text: bankruptcy@acimacredit.com | May 30 2025 19:33:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 5476667 | + | Email/Text: sbridwell@arscollections.com | May 30 2025 19:33:00 | Advance Recovery, P.O. Box 3590, Jackson, MS 39207-3590 |
| 5476668 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 30 2025 19:36:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5476670 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2025 19:36:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5476672 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2025 19:36:48 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 5476673 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 30 2025 19:33:00 | Credit Collection Serc, 725 Canton St, Norwood, MA 02062-2679 |
| 5476674 | | Email/Text: argbsref@geico.com | May 30 2025 19:33:00 | Geico, ATTN: Region 3 Underwr, PO Box 9105, Macon, GA 31208-9105 |
| 5487972 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2025 19:36:47 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 5481128 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2025 19:36:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5476677 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2025 19:36:52 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5476678 | | Email/Text: EBN@Mohela.com | May 30 2025 19:33:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5478112 | | Email/Text: EBN@Mohela.com | May 30 2025 19:33:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5476679 | + | Email/Text: opportunitynotices@gmail.com | May 30 2025 19:33:00 | OppLoans, Attn: Bankruptcy Dept, 130 East Randolph S, Ste 3400, Chicago, IL 60601-6379 |
| 5476680 | | Email/Text: clientinformation@procollect.com | May 30 2025 19:32:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |
| 5476681 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2025 | Form ID: pdf012 | Total Noticed: 26 |

| | | | May 30 2025 19:36:48 | Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
|---|---|---|---|---|
| 5506718 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | May 30 2025 19:36:56 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5476682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 30 2025 19:36:48 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5476683 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | May 30 2025 19:33:00 | Truist Bank, Po Box 849, Wilson, NC 27894-0849 |
| 5476684 | + | Email/Text: Bankruptcies@umc.edu | | |
| | | | May 30 2025 19:33:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5476685 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | May 30 2025 19:32:00 | Xfinity/Comcast, 600 Galleria Pkwy SE, Atlanta, GA 30339-5994 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Michelle Bertrice Brister trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25-00457−JAW
Chapter: 13

**In re:**

Michelle Bertrice Brister
1116 Cherry Stone Cir
Clinton, MS 39056

---

### Notice of Entry of Corrected Order Confirming Plan

The Court entered a Corrected Order on May 30, 2025 (Dkt. #24) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: May 30, 2025                                    Danny L. Miller, Clerk of Court